EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2006 TSPR 186   |
|                             |                 |
| José A. Alicea Rivera       | 169 DPR ____    |

Número del Caso: TS-9645

Fecha: 11 de diciembre de 2006

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Alicea Rivera                    TS-9645



RESOLUCIÓN


San Juan, Puerto Rico, a 11 de diciembre de 2006.


        Examinadas la "Notificación de Cumplimiento y Solicitud de Reinstalación" presentada por el querellado y la "Moción de Desistimiento" presentada por el Colegio de Abogados de Puerto Rico, se ordena la reinstalación al ejercicio  de  la abogacía del Sr. José A. Alicea Rivera.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo